GANDÍA, DEMANDANTE-APELADO, *v.* STUBBE ET AL., DEMANDADOS
Y APELANTES.

APELACIÓN procedente de la Corte de Distrito de San
Juan, Primer Distrito.

No. 2899.—Resuelto en mayo 12, 1923.

Resuelto por los fundamentos del caso No. 2903, *Gandía* v. *Stubbe,* de mayo 12,
1923, y se modifica la resolución apelada reduciendo la cuantía de honora-
rios concedidos a $1,500 y así modificada se confirma.

Abogado del apelado: *Sr. José de G. Benítez.*

Abogados de los apelantes: *Sres. Cay. Coll Cuchí* y *G.
Cruzado Silva.*

> *Confirmada la resolución apelada modi-
> ficándola.*

Jueces concurrentes: Sr. Presidente del Toro y Asociado
Sr. Aldrey.

El Juez Asociado Sr. Wolf firmó conforme con la sen-
tencia.

El Juez Asociado Sr. Hutchison, conforme con la opinión
y la sentencia excepción hecha de la rebaja de honorarios.

El Juez Asociado Sr. Franco Soto no intervino.